

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*One St. Andrew's Plaza*
*New York, New York 10007*

January 6, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/8/2021
```

**MEMO ENDORSED**

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Grant Grandison,**
            **21 Cr. 01 (KMW)**

Dear Judge Wood:

      The Government writes, with the consent of defense counsel, to respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and the date of the initial pre-trial conference and arraignment in this matter, currently scheduled for January 21, 2021, at 11:00 a.m.  The Government submits that the ends of justice served by the granting of such request outweigh the best interests of the public and the defendant in a speedy trial because, among other things, the continuance will allow time for the Government to produce and the defendant to review the discovery in the case, and will also allow for the parties to engage in discussions regarding a potential pre-trial disposition of this matter.

**Granted -KMW**

**For the reasons set forth by the Government, time is excluded from January 6, 2021 until January 21, 2021.**

**SO ORDERED.**
**Dated:  January 8, 2021**
**New York, NY**

    ***/s/ Kimba M. Wood***
**The Honorable Kimba M. Wood**
**United States District Judge**

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:        /s/
     Alexandra N. Rothman
     Assistant United States Attorney
     (212) 637-2580

cc: Amy Gallicchio, Esq. (ECF)