UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against                             **ORDER**
                                        21 CR 01 (KMW)

GRANT GRANDISON,

                          Defendant.
----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference on Thursday, January 21, 2021, at 11:00 a.m.

Members of the press and public who wish to hear the proceedings should dial 917-933-2166 and

enter Conference ID 270152476.

    SO ORDERED.

Dated: New York, New York
       January 12, 2021

                                 KIMBA M. WOOD
                    UNITED STATES DISTRICT JUDGE

USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/21