UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against

GRANT GRANDISON,

                   Defendant.

-----------------------------------------------------------------x

**ORDER**
21 CR 01 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 1/19/21

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's calendar, the conference currently scheduled for

Thursday, January 21, 2021, is adjourned to Wednesday, January 27, 2021, at 12:00 p.m.   The

dial-in information posted in the Court's January 12, 2021 Order remains the same.

    SO ORDERED.

Dated: New York, New York
       January 19, 2021

                         KIMBA M. WOOD
                 UNITED STATES DISTRICT JUDGE