**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _03/19/21_____

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 17, 2021

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

    Re:    **United States v. Grant Grandison**
             **21 Cr. 00001 (KMW)**

Dear Judge Wood:

    I write, with the consent of Pretrial Services and with no objection from the Government, to request a modification of Mr. Grandison's bail conditions to reduce the level of supervision from home detention with location monitoring to a curfew as directed by Pretrial Services with electronic monitoring.

    On December 7, 2020, Mr. Grandison was released on the following conditions: a $100,000 personal recognizance bond secured by two financially responsible persons; home detention enforced by electronic monitoring; pretrial supervision as directed; surrender travel documents and make no new applications; travel restricted to SDNY and EDNY; maintain or seek employment; and defendant not to possess a firearm.

    Mr. Grandison's liberty has now been monitored for over three months and his Pretrial Services Officer reports that Mr. Grandison has been in full compliance with his conditions of release without incident. Consequently, Mr. Grandison no longer needs the level of supervision that was originally imposed.

    Therefore, I respectfully request that the Court modify Mr. Grandison's conditions of release by removing the condition of home detention and replacing it with a curfew as directed by Pretrial Services and enforced by electronic monitoring.

**Granted - KMW**

**SO ORDERED.
Dated: March 19, 2021
New York, NY**

    **/s/ Kimba M. Wood**

**THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

*/s/ Amy Gallicchio*

_____
Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728 / M: 917-612-3274

Cc    AUSA Alexandra Rothman/ PTSO Marlon Ovalles