UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

GRANT GRANDISON,

                              Defendant.
------------------------------------------------------------------x

**ORDER**
21 CR 01 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/21

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on April 14, 2021, at 11:00 a.m. Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 248574813. All members of the press and public must join the conference with their telephones on mute.

SO ORDERED.

Dated: New York, New York
      ~~March~~ April 5, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE