# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District
Jennifer L. Brown
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/21

April 9, 2021

**MEMO ENDORSED**

Via ECF
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Grant Grandison**
      **21 Cr. 00001 (KMW)**

Dear Judge Wood:

I write, with the consent of the Government, to request an adjournment of the status conference in the above captioned matter currently scheduled for April 14, 2021. Additional time is requested to allow for the continuing review of discovery and to continue ongoing discussions with the Government regarding a pre-trial disposition in this matter. As such, I respectfully request that the Court adjourn the conference for approximately 60 days.

Mr. Grandison consents to the exclusion of time under the Speedy Trial Act.

*The conference is adjourned to June 23, 2021, at 12:00 p.m. Pursuant to 18 USC 3161(h)(7)(A), time is excluded through June 23, 2021*

Respectfully submitted,

/s/ Amy Gallicchio

Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc:   AUSA Alexandra Rothman

SO ORDERED: N.Y., N.Y.  4/13/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.