```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/21
```

      -against-

GRANT GRANDISON,

                    Defendant.

------------------------------------------------------------------x

**ORDER**
21 CR 01 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on Wednesday, June 23, 2021, at 12:00 p.m. Members of the press and public who wish to join the proceedings should dial 917-933-2166 and enter Conference ID 339601925. All members of the press and public who wish to join the proceeding must do so with their telephones on mute.

      SO ORDERED.

Dated: New York, New York
       June 16, 2021

                                                  /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                                UNITED STATES DISTRICT JUDGE