USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GRANT GRANDISON,

          Defendant.

**ORDER**

21 Cr. 001 (KMW)

WHEREAS, defendant GRANT GRANDISON has stated an intent to enter a plea of guilty pursuant to a plea agreement in this case, and this Court has referred the change-of-plea proceedings to the duty Magistrate Judge;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely, and the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Laura Taylor Swain of the Southern District of New York in the Fifth Amended Standing Order allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

WHEREAS the Court understands that the duty Magistrate Judge shall conduct the defendant's change-of-plea proceeding by videoconference or by telephone if, due to scheduling limitations, videoconference is not reasonably available, and that the defendant has specifically requested that the proceeding occur remotely and consents to the same;

THE COURT HEREBY FINDS that the defendant's change-of-plea proceeding cannot be further delayed without serious harm to the interests of justice because the case has been pending since December 7, 2020; the Court will otherwise need to set a trial date in this case and the defendant has stated an intention to resolve the case prior to trial, which could be frustrated by further delay; and because the parties' and the public's interest in finality, certainty, and the speedy disposition of criminal cases all require that the change-of-plea proceeding occur without

further delay.

SO ORDERED.

Dated: New York, New York
       June 21, 2021

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK