# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/23/21
```

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Grant Grandison**
    21 Cr. 00001 (KMW)

Dear Judge Wood:

I write, with the consent of the Government and Pretrial Services, to request a modification of Mr. Grandison's bail conditions to remove the condition of curfew enforced by location monitoring.

On December 7, 2020, Mr. Grandison was released on the following conditions: a $100,000 personal recognizance bond secured by two financially responsible persons; home detention enforced by electronic monitoring; pretrial supervision as directed; surrender travel documents and make no new applications; travel restricted to SDNY and EDNY; maintain or seek employment; and defendant not to possess a firearm.

On March 19, 2021, Your Honor approved a bail modification to reduce Mr. Grandison's supervision from home detention to a curfew to be enforced by electronic monitoring. And on April 14, 2021, Your Honor modified Mr. Grandison's conditions of release by extending his travel allowances for purposes of employment to include the District of New Jersey and the District of Connecticut

Mr. Grandison's Pretrial Services Officer reports that he is in full compliance with his conditions of release and reports as directed. Mr. Grandison has clearly demonstrated respect for the law and he does not pose a risk of flight or a danger to the community.

Therefore, I respectfully request that the Court modify Mr. Grandison's conditions of release by removing the condition of curfew enforced by location monitoring. Mr. Grandison ]Granted will remain under the supervision of Pretrial Services as directed and abide by all other condition of release.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728 / M: 917-612-3274

Cc    AUSA Alexandra Rothman/ PTSO Marlon Ovalles

7/23/21

_____/s/ Kimba M. Wood/_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE