

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 8/10/21*

August 6, 2021

**MEMO ENDORSED**

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Grant Grandison**, 21 Cr. 001 (KMW)

Dear Judge Wood:

In connection with the above-captioned case, the Government writes, with the consent of defense counsel, to respectfully request that the Court enter an order accepting the defendant's guilty plea, made before a United States Magistrate Judge on June 28, 2021, and further set a date for sentencing in late-November 2021 or early-December 2021.

Attached as Exhibits A and B are copies of the guilty plea transcript and a proposed order accepting the defendant's guilty plea.

*Sentencing is scheduled for December 7, 2021, at 11:00 a.m. Defendant's submission is due November 23, 2021. Government submission is due by December 30, 2021.*

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580

cc:   Amy Gallicchio, Esq. (via ECF)

SO ORDERED:   N.Y., N.Y.   8/9/21

_____
KIMBA M. WOOD
U.S.D.J.