```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :

        - v. -                  :
                                     21 Cr. 001 (KMW)
GRANT GRANDISON,                :

        Defendant.              :
- - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/21

ORDER

      WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on June 28, 2021;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           August 9, 2021

                                                  /s/ Kimba M. Wood
                                        THE HONORABLE KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE