# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/21

November 16, 2021

**MEMO ENDORSED**

**Via ECF**
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Grant Grandison**
    **21 Cr. 00001 (KMW)**

Dear Judge Wood:

I write, with the consent of the Government, to request an extension to file the defense sentencing submission and, accordingly, the Government's submission. Mr. Grandison is scheduled to appear for sentencing on December 7, 2021 and his sentencing submission is currently due on November 23, 2021. I respectfully request an extension of the defense submission deadline to November 30, 2021 and the Government's submission to December 3, 2021.

} Granted

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc: AUSA Alexandra Rothman

SO ORDERED: N.Y., N.Y. 11/17/21

_____
KIMBA M. WOOD
U.S.D.J.