UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/21
```

-against-

**ORDER**
21 CR 01 (KMW)

GRANT GRANDISON,

Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for December 7, 2021, at 11:00 a.m., is moved to 2:00 p.m.

SO ORDERED.

Dated: New York, New York
       November 18, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE