UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

           -against-

GRANT GRANDISON,

                               Defendant.
-------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/21

**ORDER**
21 CR 01 (KMW)

KIMBA M. WOOD, District Judge:

       The Court orders counsel to file letter briefs addressing whether restitution can be ordered in this case to reimburse the U.S. Marshals Service for the cost of medical and any related professional services incurred by the victims of defendant's crimes, and, if so, in what amount.

       The Court takes note of the plea agreement's provision that neither party will seek a departure from the advisory sentencing guideline range. However, that agreement also permits the parties to make arguments pursuant to 18 U.S.C. §3553 in support of a sentence outside the advisory sentencing guideline range.

       The Court, sua sponte, is considering whether a sentence above the advisory sentencing guidelines is warranted in this case, where defendant's crime resulted in serious bodily injury to law enforcement officials.

       The Court orders counsel to file letters addressing whether there is precedent regarding whether a sentence above the advisory sentencing guidelines is warranted where defendant's

conduct resulted in serious bodily injury to law enforcement officers.

SO ORDERED.

Dated: New York, New York
December 5, 2021

/s/ Kimba M. Wood
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE