UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/21

-against-

**ORDER**
21 CR 01 (KMW)

GRANT GRANDISON,

Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court erred with respect to the length of home detention imposed; pursuant to Rule 35(a), the Court corrects that error and changes the period of home detention to the first thirty days of supervised release, following the defendant's release from custody.

SO ORDERED.

Dated: New York, New York
       December 16, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE