# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 23, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-24-22

Via ECF
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Grant Grandison**

21 Cr. 00001 (KMW)

Dear Judge Wood:

I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Grant Grandison's passport to a representative from my office. Pretrial Services has informed my office that they can only release Mr. Grandison's passport pursuant to a Court Order. Mr. Grandison received a sentence of twenty-four months' incarceration on December 20, 2021. We thus respectfully request that the Court order the release of his passport.

Granted
K.M.W.

SO ORDERED, N.Y., N.Y. 8-24-22

*/s/ Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

Respectfully submitted,

/s/ Amy Gallicchio

_____

Amy Gallicchio

Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc: AUSA Alexandra Rothman